James C. Mahan
U.S. District Judge

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:08-CR-254 JCM (RJJ) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| LON ALLEN CLARK, | |
| Defendant(s). | |

Presently before the court is defendant Lon Allen Clark's motion. (ECF No. 66).

Defendant's *pro se* motion is written in the form of a letter. *Id.* Defendant's motion suggests that he is currently in state custody based on a state conviction. *Id.* Further, his motion does not request relief. *Id.* Therefore, the court will deny defendant's motion.

Accordingly,

IT IS SO ORDERED.

DATED February 5, 2018.

UNITED STATES DISTRICT JUDGE