RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
PAUL D. RIDDLE
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Paul_Riddle@fd.org

Attorney for Lon Allen Clark

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LON ALLEN CLARK,<br><br>　　　　　　Defendant. | Case No. 2:08-cr-254-JCM-RJJ<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, Acting United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Paul Riddle, Assistant Federal Public Defender, counsel for Lon Allen Clark, that the Revocation Hearing currently scheduled on Febraury 26, 2018 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Defense counsel has just been assigned to the case on February 20, 2018 and did not meet with client until Friday, February 23, 2018.

　　　　2.　　Government counsel will be out of the jurisdiction from March 15 – March 19, 2018.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 23rd day of February, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Paul D. Riddle*<br>By_____<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender | */s/ Kimberly M. Frayn*<br>By_____<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:08-cr-254-JCM-RJJ-1 |
| Plaintiff, | **ORDER** |
| v. | |
| LON ALLEN CLARK, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, February 26, 2018 at 10:30 a.m., be vacated and continued to **Tuesday, March 13, 2018 at 10:00 a.m.**

DATED February 23, 2018.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE