RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_lambrose@fd.org

Attorney for Lon Allen Clark



UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LON ALLEN CLARK,<br><br>Defendant. | Case No.: 2:08-CR-254-JCM-RJJ<br><br>**STIPULATION TO MODIFY CONDITIONS OF SUPERVISED RELEASE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Lon Allen Clark, that this Court amend the conditions of Supervised Release.

///
///
///
///
///
///
///

This Stipulation is entered into for the following reason:

    1) The parties jointly recommended modifying Mr. Clark's release conditions to include a requirement that he must reside in a residential reentry center for a term of up to 120 days.

DATED this 25th day of May, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| By /s/ Margaret W. Lambrose<br>MARGARET W. LAMBROSE<br>Assistant Federal Public Defender | By /s/ Kimberly Frayn<br>KIMBERLY FRAYN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-254-JCM-RJJ |
| Plaintiff, | **ORDER** |
| vs. | |
| LON ALLEN CLARK | |
| Defendant. | |

1) IT IS ORDERED, that Mr. Clark spend 120 days in the Las Vegas Community Correctional Center. The court accepted the parties' recommendation and modified the release conditions to include the following:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center.

DATED ____ day of May, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE